# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| v. | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON,** | : | |
| **INC., JAMES T. SMITH, Esquire,** | : | |
| **REBECCA WARD, Esquire and** | : | |
| **HEIDI CRIKELAIR, Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 28th day of May, 2024, upon consideration of Defendants Avco Corporation and Textron Inc.'s Motion For Judgment on the Pleadings (Doc. No. 37) and the plaintiffs' response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
_____
TIMOTHY J. SAVAGE, J.