IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERONICA TURNER | : | CIVIL ACTION |
| KEVIN TURNER | : | |
| | : | |
| v. | : | |
| | : | |
| AVCO CORPORATION, TEXTRON, | : | |
| INC., JAMES T. SMITH, Esquire, | : | |
| REBECCA WARD, Esquire and | : | |
| HEIDI CRIKELAIR, Esquire | : | NO. 24-715 |

## ORDER

**NOW**, this 9th day of July, 2024, upon consideration of the Report and Recommendation of the Special Master (Doc. No. 85) and the plaintiffs' objection, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Special Master's Order dated July 3, 2024 is **ADOPTED**.

3. All parties and their counsel shall work diligently to complete the Deposition Schedule.

4. The current expert disclosure deadline is extended to August 30, 2024.

_____
TIMOTHY J. SAVAGE, J.