IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| v. | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON,** | : | |
| **INC., JAMES T. SMITH, Esquire,** | : | |
| **REBECCA WARD, Esquire and** | : | |
| **HEIDI CRIKELAIR, Esquire** | : | **NO. 24-715** |

### ORDER

**NOW**, this 9th day of July, 2024, upon consideration of the Individual Defendants' Motion to Dismiss First Amended Complaint (Doc. No. 34), the Defendants Avco Corporation and Textron Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 58), the plaintiffs' responses, and the defendants' replies, it is **ORDERED** that the motions are **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the defendants seek to dismiss Count I, the motions are **DENIED**.

2. To the extent the defendants seek to dismiss Count II, the motions are **GRANTED**.

3. Count II of the Second Amended Complaint is **DISMISSED**.

4. To the extent the defendants seek to dismiss Count III, the motions are **DENIED**.

_____
TIMOTHY J. SAVAGE, J.