IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERONICA TURNER and KEVIN TURNER | : : : | CIVIL ACTION |
| v. | : : | |
| AVCO CORPORATION, TEXTRON, INC., JAMES T. SMITH, Esquire, REBECCA WARD, Esquire, and HEIDI CRIKELAIR, Esquire | : : : : | NO. 24-715 |

# ORDER

**NOW**, this 9th day of September, 2024, upon consideration of the Supplemental Report and Recommendation of the Special Master, dated August 12, 2024 (Doc. No. 101), and the objection by third-party deponents (Doc. No. 105), it is **ORDERED** that the Supplemental Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion Appealing Special Master's July 8, 2024 Report and Recommendation (Doc. No. 90) is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.