IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| v. | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON, INC.,** | : | |
| **JAMES T. SMITH, Esquire, REBECCA** | : | |
| **WARD, Esquire, and HEIDI CRIKELAIR,** | : | |
| **Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 9th day of September, 2024, upon consideration of the Report and Recommendation of the Special Master, dated August 14, 2024 (Doc. No. 103), it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that the Amended Scheduling Order dated July 16, 2024 (Doc. No. 94) is further amended to provide that counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or answer to expert interrogatory no later than **September 13, 2024**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve the information on counsel for every other party no later than **September 27, 2024**. Expert depositions, if any, shall be concluded no later than **October 8, 2024**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.