IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERONICA TURNER<br>and KEVIN TURNER<br><br>*Plaintiffs,*<br>v.<br><br>AVCO CORPORATION,<br>TEXTRON, INC.,<br>JAMES T. SMITH, ESQUIRE,<br>REBECCA WARD, ESQUIRE and<br>HEIDI G. CRIKELAIR, ESQUIRE<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 2:24-cv-715 |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF THEIR MOTION SEEKING DISQUALIFICATION OF COUNSEL
AND SANCTIONS FOR IMPROPER *EX PARTE* CONTACT WITH EXPERT WITNESS**

Plaintiffs, by and through the undersigned counsel, hereby supplement the foregoing Motion (ECF 130) as follows:

1. On September 25, 2024, Plaintiffs moved to disqualify counsel for Individual Defendants James Smith, Esquire, Rebecca Ward, Esquire, and Heidi Crikelair, Esquire, as well as for an Order entering sanctions for counsel's deliberate *ex parte* contact and interference with Plaintiffs' psychiatric expert.

2. Since the foregoing filing, Plaintiffs have been able to contact Richard S. Goldberg, MD, LFPFA ("Dr. Goldberg") and have obtained additional information pertinent to the Motion.

3. The *ex parte* voice mail to Dr. Goldberg was left by Jeffrey Rosenthal, Esquire of Blank Rome LLP. A transcription of the voice mail is attached hereto as Exhibit "1." The audio recording is also available.

4. The voice mail was left on September 23, 2024, acknowledged that Attorney

1

Rosenthal was aware Dr. Goldberg was serving as an expert witness for Plaintiffs, asked if there was an intention to supply Mr. Rosenthal with documents and if so when that would occur, provided Dr. Goldberg with Attorney Rosenthal's direct dial telephone number, and stated *"feel free to call me back." See* Exhibit "1" (emphasis added).

Respectfully submitted,

S/ Wayne A. Ely
Wayne A. Ely
Attorney for Plaintiffs
59 Andrea Drive
Richboro, PA 18954
(215) 801-7979

September 27, 2024

**EXHIBIT 1**

# Transcription

"Hi, this is a message for Dr. Goldberg My name is Jeffrey Rosenthal. I'm calling regarding the Turner versus Avator which you're serving as an expert. I represent the individual defendants and I'm going to follow up with a subpoena that was served on your office last Monday. Saw your phone regarding independent evaluation of Miss Veronica Turner was appointed on July 5, 2024 calling to confirm you received a subpoena that was served and ask whether you intend to supply any documents response if so when we can expect to receive that material feel free to call me back at 215-566-9555321556695553 again my name is Jeffrey Rosenthal thanks so much..."