IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| v. | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON, INC.,** | : | |
| **JAMES T. SMITH, Esquire, REBECCA** | : | |
| **WARD, Esquire, and HEIDI CRIKELAIR,** | : | |
| **Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 7th day of October, 2024, upon consideration of Plaintiffs' Motion to Disqualify Lawrence F. Stengel, Esquire as an Expert Witness on Behalf of the Individual Defendants (Doc. No. 135), it is **ORDERED** that the motion is **DENIED** to the extent it seeks to disqualify Lawrence F. Stengel on the grounds that it is a violation of the Code of Conduct for United States Judges.[1]

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

---

[1] This ruling does not preclude the plaintiffs filing a *Daubert* motion to preclude the testimony of Lawrence F. Stengel.