**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON, INC.,** | : | |
| **JAMES T. SMITH, Esquire, REBECCA** | : | |
| **WARD, Esquire, and HEIDI CRIKELAIR,** | : | |
| **Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 9th day of October, 2024, upon consideration of the plaintiffs' Appeal of Special Master's Order of September 23, 2024 (Doc. No. 138), it is **ORDERED** as follows:

1.      The Special Master's Report and Recommendation of September 30, 2024 (Doc. No. 133) is **APPROVED** and **ADOPTED**.

2.      Defendants Avco Corporation and Textron Inc.'s Motion to Compel and Motion for Sanctions (Doc. No. 116) is **GRANTED IN PART** and **DENIED IN PART**.

3.      To the extent the motion seeks the continued deposition of Veronica Turner, it is **GRANTED**.

4.      The defendants may depose plaintiff Veronica Turner an additional 2.0 hours.

5.      The continuing deposition must take place no later than October 18, 2024.

6.      To the extent the motion seeks sanctions, it is **DENIED WITHOUT PREJUDICE**.

_____/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.