**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON, INC.,** | : | |
| **JAMES T. SMITH, Esquire, REBECCA** | : | |
| **WARD, Esquire, and HEIDI CRIKELAIR,** | : | |
| **Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 9th day of October, 2024, upon consideration of Plaintiffs' Motion Seeking Disqualification of Counsel for the Individual Defendants and Sanctions for Improper *Ex Parte* Contact with Expert Witness (Doc. No. 130), the individual defendants' response, and Dr. Goldberg having been deposed, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.