**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON,** | : | |
| **INC., JAMES T. SMITH, Esquire,** | : | |
| **REBECCA WARD, Esquire, and** | : | |
| **HEIDI CRIKELAIR, Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 27th day of November, 2024, upon consideration of Defendants Avco Corporation and Textron Inc.'s Motion for Reconsideration of Their Motion for Summary Judgment (Doc. No. 311), it is **ORDERED** that the plaintiff shall be prepared to address the motion at the oral argument scheduled for December 2, 2024.

                                                                /s/ Timothy J. Savage
                                                  TIMOTHY J. SAVAGE, J.