# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| v. | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON,** | : | |
| **INC., JAMES T. SMITH, Esquire,** | : | |
| **REBECCA WARD, Esquire, and** | : | |
| **HEIDI CRIKELAIR, Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 3rd day of December, 2024, upon consideration of Plaintiff's Motion to Exclude the Proposed Expert Testimony of Dr. Daniel Yohanna (Doc. No. 161), the response, and after argument, it is **ORDERED** that the motion is **DENIED.**

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.