# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON,** | : | |
| **INC., JAMES T. SMITH, Esquire,** | : | |
| **REBECCA WARD, Esquire, and** | : | |
| **HEIDI CRIKELAIR, Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 12th day of December, 2024, the jury having returned its verdict, it is

**ORDERED** that **JUDGMENT IS ENTERED** in favor of the defendants Avco Corporation, Textron, Inc., James T. Smith, Esquire, Rebecca Ward, Esquire, and Heidi Crikelair, Esquire and against the plaintiffs Veronica Turner and Kevin Turner.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.