IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER** and **KEVIN TURNER** | : | CIVIL ACTION |
| v. | : | |
| AVCO CORPORATION, TEXTRON, INC., JAMES T. SMITH, Esquire, REBECCA WARD, Esquire, and HEIDI CRIKELAIR, Esquire | : | NO. 24-715 |

## ORDER

**NOW,** this 30th day of September, 2025, upon consideration of Plaintiffs' Motion for a New Trial Pursuant to Fed. R. Civ. P. 59 and for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50 (Doc. No. 379), the defendants' responses, and the plaintiffs' reply, it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.