## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON, INC.,** | : | |
| **JAMES T. SMITH, Esquire, REBECCA** | : | |
| **WARD, Esquire, and HEIDI CRIKELAIR,** | : | |
| **Esquire** | : | **NO. 24-715** |

## ORDER

**NOW**, this 3rd day of June, 2026, upon consideration of the Individual Defendants'

Petition for Attorneys' Fees and Costs in Connection with the Motion for Sanctions for

Plaintiffs' Deposition Misconduct (Doc. No. 397), plaintiff Veronica Turner's response, and

the Individual Defendants' reply, it is **ORDERED** that the petition is **GRANTED.**

**IT IS FURTHER ORDERED** that defendants James T. Smith, Rebecca Ward, and

Heidi Crikelair are **AWARDED** attorneys' fees and costs in the amount of **$38,796.64**.

_____
TIMOTHY J. SAVAGE, J.