**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERONICA TURNER and** | : | **CIVIL ACTION** |
| **KEVIN TURNER** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVCO CORPORATION, TEXTRON, INC.,** | : | |
| **JAMES T. SMITH, Esquire, REBECCA** | : | |
| **WARD, Esquire, and HEIDI CRIKELAIR,** | : | |
| **Esquire** | : | **NO. 24-715** |

**ORDER**

**NOW**, this 3rd day of June, 2026, upon consideration of Defendants Avco Corporation and Textron, Inc.'s Application for Attorneys' Fees (Doc. No. 398) and plaintiff Veronica Turner's response, it is **ORDERED** that the application is **GRANTED.**

**IT IS FURTHER ORDERED** that defendants Avco Corporation and Textron, Inc. are **AWARDED** attorneys' fees and costs in the amount of **$56,855.85**.

TIMOTHY J. SAVAGE, J.